FILED
APR 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:25 CR 00176 |
| | ) | Title 18, United States Code, Sections 1343 and 1344 |
| GRANT T. WILCOX, | ) | |
| Defendant. | ) | JUDGE BOYKO |

GENERAL ALLEGATIONS

1. At all times material to this Indictment, Huntington National Bank (hereinafter, "Huntington") was a financial institution, as defined under Title 18, United States Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation, a federal government agency that insures bank deposits against substantial losses with the two-fold aim of preventing a bank's collapse and instilling public confidence in the nation's banking system.

2. At all times relevant to this Indictment, Robinhood Markets, Inc., (hereinafter, "Robinhood") was a financial services company based in Menlo Park, California, that provided an electronic trading platform that facilitated trades of stocks and other banking, wealth management, and investment services.

3. An Automated Clearing House (ACH) transfer is a type of electronic funds transfer made through the Automated Clearing House network, a secure system used by banks and financial institutions to transfer funds between accounts electronically.

COUNTS 1-17
(Wire Fraud, 18 U.S.C. § 1343)

The Grand Jury charges:

4. On or about the dates listed in the table below, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant GRANT T. WILCOX knowingly devised and intended to devise a scheme to defraud Huntington and Robinhood and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

MANNER AND MEANS

5. It was part of the scheme that:

a. WILCOX directed that funds be withdrawn via ACH transfers from Huntington accounts in the name of WILCOX, and deposited into a Robinhood account in the name of WILCOX and a Robinhood account in the name of J.C., a person whose identity is known to the grand jury, to which WILCOX had access to deposit and withdraw funds.

b. After the funds were deposited into the particular Robinhood account, WILCOX directed ACH withdrawals of such funds from the Robinhood account into a Huntington account in the name of WILCOX.

c. After the funds were deposited into the Huntington account in the name of WILCOX, WILCOX electronically submitted via the internet a Huntington ACH Dispute Form on which WILCOX falsely and fraudulently asserted to Huntington that the original ACH transfer of funds from the Huntington account to the Robinhood account was done without WILCOX'S authorization. In submitting the ACH Dispute Form, WILCOX intended to and did cause Huntington to credit WILCOX'S Huntington account in the amount of the fraudulently disputed ACH transfer.

d. As a result of WILCOX'S fraudulent ACH disputes submitted to

Huntington, Huntington reversed the disputed charges, credited WILCOX'S Huntington account, and recovered funds from Robinhood in the amount of the transfers.

e. As a result of this activity, WILCOX defrauded and attempted to defraud Huntington and Robinhood out of money and property valued over $80,000.

6. WILCOX, acting with the intent to defraud and for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, and sounds, to wit: fraudulent Huntington National Bank ACH Dispute Forms, on or about the dates listed below, each constituting a separate count:

| COUNT | DATE OF ACH DISPUTE FORM | AMOUNT OF DISPUTED ACH TRANSFER | HUNTINGTON ACCOUNT NUMBER FOR SOURCE OF FUNDS | ROBINHOOD ACCOUNT NUMBER AND NAME |
|---|---|---|---|---|
| 1 | February 13, 2020 | $5,000 | x1372 | x5359 J.C. |
| 2 | February 13, 2020 | $3,600 | x1372 | x5359 J.C. |
| 3 | February 13, 2020 | $3,200 | x1372 | x5359 J.C. |
| 4 | February 13, 2020 | $3,000 | x1372 | x5359 J.C. |
| 5 | February 13, 2020 | $3,000 | x1372 | x5359 J.C. |
| 6 | February 13, 2020 | $2,000 | x1372 | x5359 J.C. |
| 7 | February 13, 2020 | $2,000 | x1372 | x5359 J.C. |
| 8 | May 30, 2020 | $12,000 | x3443 | x6845 WILCOX |
| 9 | May 30, 2020 | $9,900 | x3443 | x6845 WILCOX |
| 10 | May 30, 2020 | $8,600.23 | x3443 | x6845 WILCOX |
| 11 | May 30, 2020 | $8,000 | x3443 | x6845 WILCOX |
| 12 | May 30, 2020 | $4,802.23 | x3443 | x6845 WILCOX |
| 13 | May 30, 2020 | $4,124.09 | x3443 | x6845 WILCOX |
| 14 | May 30, 2020 | $4,000 | x3443 | x6845 WILCOX |
| 15 | May 30, 2020 | $3,800 | x3443 | x6845 WILCOX |

| COUNT | DATE OF ACH DISPUTE FORM | AMOUNT OF DISPUTED ACH TRANSFER | HUNTINGTON ACCOUNT NUMBER FOR SOURCE OF FUNDS | ROBINHOOD ACCOUNT NUMBER AND NAME |
|---|---|---|---|---|
| 16 | May 30, 2020 | $3,400 | x3443 | x6845 WILCOX |
| 17 | May 30, 2020 | $3,000 | x3443 | x6845 WILCOX |

All in violation of Title 18, United States Code, Section 1343.

COUNTS 18-34
(Bank Fraud, 18 U.S.C. § 1344)

The Grand Jury further charges:

7. Paragraphs 1 through 3 of this Indictment are re-alleged and are incorporated by reference as if fully set forth herein.

8. On or about the dates listed in the table below, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant GRANT T. WILCOX knowingly executed a scheme to obtain money, funds, and other property owned by, and under the custody and control of a financial institution, to wit: Huntington National Bank, by means of false and fraudulent pretenses, representations, or promises.

MANNER AND MEANS

9. It was part of the scheme that:

a. WILCOX directed that funds be withdrawn via ACH transfers from Huntington accounts in the name of WILCOX, and deposited into a Robinhood account in the name of WILCOX and a Robinhood account in the name of J.C., a person whose identity is known to the grand jury, to which WILCOX had access to deposit and withdraw funds.

b. After the funds were deposited into the particular Robinhood account,

WILCOX directed ACH withdrawals of such funds from the Robinhood account into a Huntington account in the name of WILCOX.

c. After the funds were deposited into the Huntington account in the name of WILCOX, WILCOX electronically submitted via the internet a Huntington ACH Dispute Form on which WILCOX falsely and fraudulently asserted to Huntington that the original ACH transfer of funds from the Huntington account to the Robinhood account was done without WILCOX'S authorization. In submitting the ACH Dispute Form, WILCOX intended to and did cause Huntington to credit WILCOX'S Huntington account in the amount of the fraudulently disputed ACH transfer.

d. As a result of WILCOX'S fraudulent ACH disputes submitted to Huntington, Huntington reversed the disputed charges, credited WILCOX'S Huntington account, and recovered funds from Robinhood in the amount of the fraudulently disputed transfers.

e. As a result of this activity, WILCOX defrauded and attempted to defraud Huntington out of money and property valued over $80,000.

| COUNT | DATE OF CREDIT TO HUNTINGTON ACOUNT | AMOUNT OF CREDIT | HUNTINGTON ACCOUNT NUMBER CREDITED | ROBINHOOD ACCOUNT NUMBER AND NAME |
|---|---|---|---|---|
| 18 | February 13, 2020 | $5,000 | x1372 | x5359 J.C. |
| 19 | February 13, 2020 | $3,600 | x1372 | x5359 J.C. |
| 20 | February 13, 2020 | $3,200 | x1372 | x5359 J.C. |
| 21 | February 13, 2020 | $3,000 | x1372 | x5359 J.C. |
| 22 | February 13, 2020 | $3,000 | x1372 | x5359 J.C. |
| 23 | February 13, 2020 | $2,000 | x1372 | x5359 J.C. |
| 24 | February 13, 2020 | $2,000 | x1372 | x5359 J.C. |
| 25 | June 3, 2020 | $12,000 | x3443 | x6845 WILCOX |
| 26 | June 3, 2020 | $9,900 | x3443 | x6845 WILCOX |

| COUNT | DATE OF CREDIT TO HUNTINGTON ACOUNT | AMOUNT OF CREDIT | HUNTINGTON ACCOUNT NUMBER CREDITED | ROBINHOOD ACCOUNT NUMBER AND NAME |
|---|---|---|---|---|
| 27 | June 3, 2020 | $8,600.23 | x3443 | x6845 WILCOX |
| 28 | June 3, 2020 | $8,000 | x3443 | x6845 WILCOX |
| 29 | June 3, 2020 | $4,802.23 | x3443 | x6845 WILCOX |
| 30 | June 3, 2020 | $4,124.09 | x3443 | x6845 WILCOX |
| 31 | June 3, 2020 | $4,000 | x3443 | x6845 WILCOX |
| 32 | June 3, 2020 | $3,800 | x3443 | x6845 WILCOX |
| 33 | June 3, 2020 | $3,400 | x3443 | x6845 WILCOX |
| 34 | June 3, 2020 | $3,000 | x3443 | x6845 WILCOX |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.